# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

---

No. 25-1177

---

IN RE: U LOCK, INC,
Debtor,

GEORGE SNYDER,
Appellant

# JOINDER

I, Robert H. Slone, have reviewed an advance copy of Christine Biro's brief and that I join in it.

Respectfully submitted,

/s/ Robert H. Slone
Robert H. Slone, Esq.
PA ID No. 19963
223 South Maple Ave.
Greensburg PA 15601
724-834-2990 Phone
724-834-1250 Fax
robertslone222@gmail.com